UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DON E. DIZON, | Civil No. 2:12-cv-00408-JPH |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties filed a stipulated motion for remand. **ECF No. 24**. The parties have consented to the magistrate judge's jurisdiction. ECF No. 6. After consideration,

IT IS ORDERED that the **motion is granted**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the Administrative Law Judge (ALJ) to:  (1) obtain a medical examination with psychological testing; (2) obtain a medical expert to determine the nature and severity of Plaintiff's mental

Page 1    ORDER FOR REMAND - [2:12-cv-00408-JPH]

impairments; (3) take steps necessary to update the administrative record; (4) reevaluate Plaintiff's residual functional capacity with reference to the opinions of record, specifically addressing the opinions and clearly articulating the basis for rejecting any opinion; (5) further evaluate the opinions of Minerva Arrienda, M.D., James Frazier, M.D., W. Scott Mabee, Ph.D., as well as mental health counselors Kim Hammond, B.S., and Patricia Fray, ARNP; (6) reevaluate the Plaintiff's credibility in a manner consistent with Social Security Ruling (SSR) 96-7p and provide clear and convincing reasons for rejecting subjective complaints; (7) and, obtain the aid of a vocational expert to determine the impact of Plaintiff's residual functional capacity on the occupational base.  If the Plaintiff is determined to be disabled, the ALJ shall make relevant alternate findings with regard to the materiality of any drug or alcohol abuse.

      The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

      DATED this 19th day of June, 2013.

                                      S/ James P. Hutton
                                      JAMES P. HUTTON
                                      UNITED STATES MAGISTRATE JUDGE